DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**C. RON ALLEN,**
Appellant,

v.

**ABERDEEN GOLF & COUNTRY CLUB, INC.,**
Appellee.

No. 4D18-3384

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502018CA003349.

H. Starr Parker of Starr Justice Law Firm, PLLC, Fort Lauderdale, for appellant.

Robert Rivas of Sachs, Sax Caplan, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***